IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODNEY W. HAYES, JR.

Plaintiff,

v.                                                    Case No. 16-cv-552 JPG/SCW

D. B. SCHENKER. INC.,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: April 21, 2017**                    **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                             ___*s/Tina Gray*__, **Deputy Clerk**_____

**Approved:**      ___*s/J. Phil Gilbert*___
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**